# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Janelle M. Hayes McAlpine**

    vs.                     **CASE NUMBER: 5:10-CV-817 (GTS/DEP)**

**Michael J. Astrue, Commissioner of Social Security**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Letter Request for entry of judgment is GRANTED, the Report and Recommendation of Magistrate Judge David E. Peebles is ACCEPTED and ADOPTED in its entirety. Final Judgment is entered in favor of plaintiff Janelle M. Hayes McAlpine affirming defendant's final decision on remand.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 14th day of September, 2011.

DATED: September 14, 2011

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk